IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DONALD C. BROCKBANK,

      Appellant,

v.

      Case No.  5D21-3181
      LT Case No. 2001-CF-004868-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 12, 2022

3.800 Appeal from the Circuit Court
for Seminole County,
Marlene M. Alva, Judge.

Donald C. Brockbank, Madison, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.


      AFFIRMED.


LAMBERT, C.J., EVANDER and NARDELLA, JJ., concur.